```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BENJAMIN C. SANDEL
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>VERONICA TOVAR,              )<br>     aka Aida Maldonado,     )<br>                             )<br>            Defendant.       )<br>_____) | CR. NO. S-07-0565 EFB<br><br>STIPULATION AND<br>ORDER TO CONTINUE JUDGMENT AND<br>SENTENCING<br><br><br>DATE:  April 7, 2008<br>TIME:  10:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed to between the United States and the defendant, VERONICA TOVAR, by and through her undersigned counsel, David Ndudim, that the judgment and sentencing set for Monday, April 7, 2008, be continued to Monday, April 14, 2008, at 10:00 a.m.

The parties further stipulate and agree that the filing date of the Government's supplemental briefing be continued to Thursday, April 10, 2008.

///

///

///

1

The continuance is requested in order to verify the financial status of the defendant and her husband.

Respectfully Submitted,

DATED: April 4, 2008                McGREGOR W. SCOTT
                                    United States Attorney

                              By:   /s/ Russell Carlberg for:
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney

DATED: April 4, 2008          By:   /s/ David Ndudim
                                    David Ndudim
                                    Staff Attorney
                                    Attorney for Defendant

O R D E R

IT IS ORDERED THAT the judgment and sentencing set for Monday, April 7, 2008, at 10:00 a.m. is hereby continued to Monday, April 14, 2008, at 10:00 a.m.

IT IS FURTHER ORDERED THAT the filing of the Government's supplemental briefing be continued to Thursday, April 10, 2008. IT IS SO ORDERED.

DATED: April 7, 2008

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE